■ The People of the State of New York, Respondent, v Heather Linguanti, Appellant. [38 NYS3d 436]—Appeal by the defendant, as limited by her motion, from a sentence of the County Court, Orange County (Freehill, J.), imposed June 12, 2014, upon her plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of her right to appeal was

invalid (*see People v Argilagos*, 136 AD3d 1050 [2016]), and thus, does not preclude review of her excessive sentence claim. However, contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Balkin, Dickerson, Hinds-Radix and Barros, JJ., concur.